LAWRENCE G. BROWN
Acting United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 551-2795

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AREV CHOPURYAN, ) <br> ) <br> Defendant. ) <br> _____) | 2:01-cr-040 LKK <br><br> MOTION TO DISMISS INDICTMENT <br> AND ARREST WARRANT FILED <br> AGAINST DEFENDANT AREV CHOPURYAN <br> AND ORDER |

Plaintiff United States of America, by and through its undersigned counsel, and pursuant to Fed. R. Crim. P. 48, moves to dismiss the indictment and arrest warrant in the above-captioned action filed on January 25, 2001.  Since filing the indictment, the government has not been able to locate the defendant and has come to believe that he fled the United States.  In the meantime, the government no longer has significant evidence and the potential to secure witness testimony necessary for prosecution.  Accordingly, the government is not able to proceed with the prosecution and submits

this motion to dismiss the indictment and arrest warrant filed against the defendant.

DATED: June 2, 2009                          LAWRENCE G. BROWN
                                             Acting United States Attorney


                                      By:    /s/ John K. Vincent
                                             JOHN K. VINCENT
                                             Assistant U.S. Attorney


ORDER

Based on the motion of the government, and GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the indictment and arrest warrant filed against defendant AREV CHOPURYAN on January 25, 2001, be and are hereby dismissed.

IT IS SO ORDERED.

DATED: June 8, 2009                          _____
                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT